# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 12, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138110(18)

DARRIN LA PINE,

Plaintiff-Appellant,

SC: 138110
v                                                    CoA: 288393

DEPARTMENT OF CORRECTIONS,

Defendant-Appellee.
_____

On order of the Chief Justice, the motion for reconsideration of the order of April 14, 2009 is considered and it is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 12, 2009



Clerk